UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES MATTHEWS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:18-CV-60-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 27]. Plaintiff's motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 17] is DENIED, and the action is REMANDED to the Commissioner pursuant to 42 U.S.C. § 40S(g).

**This Judgment Filed and Entered on February 12, 2019, and Copies To:**
Charlotte Williams Hall                    (via CM/ECF electronic notification)
Mark J. Goldenberg                         (via CM/ECF electronic notification)

DATE:                                      PETER A. MOORE, JR., CLERK
February 12, 2019                          (By) /s/ Nicole Sellers
                                           Deputy Clerk